IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | 2:10-cv-00224-GEB-DAD |
| Plaintiff, | |
| v. | |
| JASON BERNARD BROWN, et al., | |
| Defendants. | |

      Plaintiff indicates in its Status Report ("SR") filed May 7, 2010, that this case will be prosecuted as default action, and that Plaintiff will soon be filling its application for default judgment with a motion hearing date in June 2010.  Plaintiff also indicates this case should be scheduled as though it is not a default matter.  Since Plaintiff fails to provide authority for the latter indication, it is disregarded.

      Plaintiff shall either do what is necessary so that Plaintiff can file a motion for default judgment no later than June 18, 2010, or shall Show Cause in a writing filed no later than June 18, 2010, why this case should not be dismissed for failure of prosecution.  If a hearing is requested on the Show Cause issue concerning the question of whether this case should be dismissed for failure of prosecution, it will be held on September 20, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time.

///

A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment issue.

Dated: May 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge